```
CLERK'S OFFICE U.S. DIST. COURT
       AT ROANOKE, VA
            FILED
         MAR 31 2006
    JOHN F. CORCORAN, CLERK
    BY:
         DEPUTY CLERK
```

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ROBERT DEAN BEVERIDGE,** ) | |
| Plaintiff, ) | Civil Action No. 7:06cv00166 |
| ) | |
| ) | **FINAL ORDER** |
| ) | |
| **GENE JOHNSON,** ) | By: Samuel G. Wilson |
| Defendant. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that Beveridge's suit is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A for failure to state a claim for which the court may grant relief. All other pending motions are hereby **DENIED** as **MOOT**, and this action is **STRICKEN** from the active docket of the court.

The clerk is directed to send certified copies of this Order and the accompanying Memorandum Opinion to the petitioner and counsel for the respondent if known.

**ENTER**: This 31st day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE